

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2022

No. 04-22-00277-CR

Cody Lee **WISECARVER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR210000038
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellant's brief is due on July 25, 2022. However, the appellant has filed a motion requesting an extension of time to file his brief. The motion is GRANTED. The appellant's brief is due on or before **September 23, 2022**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of July, 2022.

_____
Michael A. Cruz,
Clerk of Court